UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HAURY'S AUTO BODY, INC., et al.,**

    **Plaintiffs,**

v.                                                                                               Case No:   MDL 2557
                                                                                                6:14-cv-6015-Orl-31EJK

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, et al.,**

    **Defendants.**

## ORDER

By order dated August 17, 2015, the Court dismissed Plaintiffs' Complaint with leave to amend (Doc. 35).   Plaintiff did not file an amended complaint, so the dismissal became final and the file was closed on November 20, 2015 (Doc. 44).

In the meantime, the GEICO defendants filed a motion for attorney fees pursuant to 28 U.S.C. § 1927 and the Court's inherent power, contending that Plaintiffs filed the Complaint in bad faith (Doc. 37).   Plaintiffs responded to the motion (Doc. 40), and GEICO filed a reply (Doc. 42).

Under the maxim that the best defense is a good offense, Plaintiffs filed their own motion for sanctions (Doc. 39), to which GEICO responded (Doc. 41).

In its order closing this case (Doc. 44), the Court retained jurisdiction to consider GEICO's pending motion for attorney fees once the MDL appellate proceedings were concluded.   Those proceedings have now been concluded.   *Quality Auto vs. State Farm*, 917 F.3d. 1249 (11th Cir. 2019) (en banc); *Auto. Alignment & Body Serv., Inc. v. State Farm Mut. Auto. Ins. Co.*, 953 F.3d

707 (11th Cir. 2020); and *Crawford's Auto Ctr., Inc. v. State Farm Mut. Auto. Ins. Co.*, 945 F.3d 1150 (11th Cir. 2019).

Since a split panel of the 11th Circuit initially concluded in the *Quality Auto* case that all of Plaintiffs' claims were viable, and the 11th Circuit *en banc* opinion upheld at least one of their claims, the Court cannot conclude that Plaintiffs' Complaint was filed in bad faith. Therefore, Defendants' motion (Doc. 37) is **DENIED**.

Plaintiffs' motion (Doc. 39) is also without merit and is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 2, 2020.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party